UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

-----------------------------------------------------------------X
GREGORY DEERE and GINA DEERE           :      CIVIL ACTION
                Plaintiffs,        :
                                       :      No. 1:14-cv-01077-WTL-MJD
        v.                             :
                                       :
AMERICAN WATER WORKS COMPANY, INC.     :
d/b/a INDIANA AMERICAN WATER CO., INC. :
                Defendant.         :      Mark J. Dinsmore
-----------------------------------------------------------------X   United States Magistrate Judge
                                              Southern District of Indiana

**NOTICE OF MOTION AND MOTION TO COMPEL FRCP 26(a)(1)(A)(iv) INITIAL DISCLOSURE**

> The approved Case Management Plan in this matter provides as follows: "If the required conference under Local Rule 37-1 does not resolve discovery issues that may arise, the parties will request a telephonic status conference prior to filing any disputed motion to compel or for a protective order." [Dkt. 24 at 6.] No such telephonic conference has been requested or conducted with regard to the issues raised in Plaintiffs motion to compel. Accordingly, Plaintiffs' motion to compel [Dkt. 67] is **DENIED** for Plaintiffs' failure to comply with the Court's order. The parties are again reminded that no disputed motion to compel or for protective order may be filed unless and until a discovery conference with the Magistrate Judge has been requested and conducted.
> Dated: November 13, 2014

Attorney for Defendant AMERICAN WATER WORKS COMPANY, INC. d/b/a INDIANA AMERICAN WATER CO., INC.

**PLEASE TAKE NOTICE** that Plaintiffs GREGORY DEERE and GINA DEERE ("Plaintiffs") will bring a motion before this Court, on a date and time that will later be provided by the Court, in the Courtroom of the Honorable William T. Lawrence, United States District Judge, and/or the Honorable Mark J. Dinsmore, United States Magistrate Judge, at the Birch Bayh United States Courthouse located at 46 East Ohio Street, Indianapolis, Indiana 46204, for an Order pursuant to Rule 26(a)(1)(A)(iv) and Rule 37(a)(3)(A) of the Federal Rules of Civil Procedure, compelling Defendant AMERICAN WATER WORKS COMPANY, INC. d/b/a INDIANA AMERICAN WATER CO., INC. to provide to Plaintiff for inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to

1

satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment, pursuant to Rule 26(a)(1)(A)(iv) of the Federal Rules of Civil Procedure. Plaintiffs' Motion to Compel Initial Disclosures is based on the following grounds:

1.) Defendant served its Rule 26(a)(1) Initial Disclosures on or about October 28, 2014.

2.) Rule 26(a)(1)(A)(iv) of the Federal Rules of Civil Procedure provides:

> [A] party must, without awaiting a discovery request, provide to the other parties: (iv) for inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.
>
> > The relevant portion of Defendant's Initial Disclosures acknowledges that Defendant has an insurance policy under Rule 26(a)(1)(A)(iv) but fails to provide it to Plaintiff for inspection and copying.

3.) Rule 37(a)(3)(A) or the Federal Rules of Civil Procedure provides:

> *To Compel Disclosure.* If a party fails to make a disclosure required by Rule 26(a), any other party may move to compel disclosure and for appropriate sanctions.

4.) The parties' Case Management Plan required that Initial Disclosures be served on or before October 27, 2014.  See Dkt. 24.

5.) Plaintiffs's counsel has made a good-faith effort by correspondence to resolve with Defendant's counsel the issues presented in the instant motion in an effort to obtain said production without court action, but said issue remains unresolved.  See **Certification of Duran L. Keller, Esq.**, **Exhibit A**, and **Exhibit B**.

   **PLEASE TAKE FURTHER NOTICE** that this motion is based upon this Notice of Motion and Motion, the accompanying supporting Certification of Duran L. Keller, Esq., the record, pleadings, and papers on file herein, together with all affidavits, affirmations,

certifications, declarations, and exhibits and all such other evidence as may be presented at the hearing on this motion, any oral argument or other matters that may be submitted to the Court.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 7-1(c)(2)(B) of the local rules of the United States District Court for the Southern District of Indiana, Plaintiff intends to file and serve a reply brief within seven (7) days after service of any response brief(s).

**PLEASE TAKE FURTHER NOTICE** that, absent a Court Order stating otherwise, pursuant to Section 7-1(c)(2)(A) of the local rules of the United States District Court for the Southern District of Indiana, any response brief(s) shall be filed and served within fourteen (14) days after service of the supporting brief.

**PLEASE TAKE FURTHER NOTICE** that, absent a Court Order stating otherwise, pursuant to Section 7-5(a) of the local rules of the United States District Court for the Southern District of Indiana, this Motion is presented to the Court for ruling without the necessity of an oral argument and Plaintiff respectfully requests that the Court allow the Motion papers to serve as the sole method or argument. However, pursuant to Section 7-5(d) of the local rules of the United States District Court for the Southern District of Indiana, Movant shall appear for oral argument on the Motion if directed by the Court.

**WHEREFORE**, Plaintiffs respectfully request that this Court GRANT their motion for an Order:

1. Compelling Defendant AMERICAN WATER WORKS COMPANY, INC. d/b/a INDIANA AMERICAN WATER CO., INC. to provide provide to Plaintiff for inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment, pursuant to

  Rule 26(a)(1)(A)(iv) of the Federal Rules of Civil Procedure;

2. Requiring Defendant or Defendants' attorney, or both to pay the movant's reasonable expenses incurred in making the instant motion, including attorney's fees, pursuant to Rules 37(a)(5)(A) of the Federal Rules of Civil Procedure;

For all such other relief the Court deems just and proper.

               Respectfully submitted,

Dated: Lafayette, Indiana    s/ Duran Keller
    November 12, 2014    DURAN KELLER, ESQ. (31743-79)
               KELLER LAW LLP
               8 North Third Street, Suite 403
               Lafayette, Indiana 47901
               (765) 444-9202 Telephone
               (765) 807-3388 Facsimile
               duran@kellerlawllp.com

## CERTIFICATE OF SERVICE

The undersigned declares under penalty of perjury that a true and correct copy of the foregoing document has been served upon all parties and their counsel of record via CM/ECF.

Dated: Lafayette, Indiana        s/ Duran Keller
       November 12, 2014        DURAN KELLER, ESQ. (31743-79)