**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

-----------------------------------------------------------------X

GREGORY DEERE and GINA DEERE,      :     CIVIL ACTION
             Plaintiffs,           :

                              :     No. 1:14-cv-01077-WTL-MJD

                v.              :

                              :

AMERICAN WATER WORKS COMPANY, INC. :
d/b/a INDIANA AMERICAN WATER CO., INC., :    Mark J. Dinsmore
             Defendant.        :    United States Magistrate Judge
-----------------------------------------------------------------X   Southern District of Indiana

**NOTICE OF MOTION AND MOTION TO STRIKE DEFENDANT'S**
**"PRELIMINARY WITNESS AND EXHIBIT LIST" [DKT. 65]**

> Paragraph III(C) of the approved Case Management Plan provides that "Defendant(s) shall file preliminary witness and exhibit lists on or before **November 10, 2014**." [Dkt. 24 at 3 (emphasis in original).]  Docket No. 65 represents Defendant's timely compliance with that order.  Plaintiffs' motion to strike that submission is baseless and without merit.  Accordingly, the Motion to Strike [Dkt. 66] is **DENIED**.  On or before **November 21, 2014**, counsel for Plaintiff, Duran Keller, is hereby ordered to show cause why he should not be sanctioned for bringing such baseless motion.
> Furthermore, paragraph III(B) of the approved Case Management Plan provides that "Plaintiff(s) shall file preliminary witness and exhibit lists on or before **November 3, 2014**." [Dkt. 24 at 3 (emphasis in original).] The Court's review of the docket suggests that Plaintiffs have failed to comply with this requirement. Accordingly, Plaintiffs are ordered to file their Preliminary Witness and Exhibit Lists on or before **November 21, 2014** or to show cause by that date why they should not be sanctioned for such failure.
> Dated:  November 13, 2014

("Plaintiffs") will bring a motion before this Court, on a date and time that will be provided by

the Court later, in the Courtroom of The Honorable William T. Lawrence, United States District

Judge, and/or The Honorable Mark J. Dinsmore, United States Magistrate Judge, at the Birch

Bayh United States Courthouse located at 46 East Ohio Street, Indianapolis, Indiana 46204, for

an Order, pursuant to Rule 5(d)(1) of the Federal Rules of Civil Procedure, striking "Defendant's

Preliminary Witness and Exhibit List" [Dkt. 65] filed by Defendant AMERICAN WATER

WORKS COMPANY, INC. d/b/a INDIANA AMERICAN WATER CO., INC. ("Defendant")

on November 10, 2014, on the following grounds:

1. On November 10, 2014, Defendant filed its Preliminary Witness and Exhibit List [Dkt. 65].

2. "Defendant's Preliminary Witness and Exhibit List" [Dkt. 65] violates Rule 5(d)(1) of the Federal Rules of Civil Procedure.

3. Rule 5(d)(1) of the Federal Rules of Civil Procedure provides:

   Any paper after the complaint that is required to be served—together with a certificate of service—must be filed within a reasonable time after service. But disclosures under Rule 26(a)(1) or (2) and the following discovery requests and responses **must not be filed** until they are used in the proceeding or the court orders filing: depositions, interrogatories, requests for documents or tangible things or to permit entry onto land, and requests for admission.

   Fed. R. Civ. P. 5(d)(1). (Emphasis added).

4. Rule 26(a)(2)(A) of the Federal Rules of Civil Procedure provides:

   In addition to the disclosures required by Rule 26(a)(1), a party must disclose to the other parties the identity of any witness it may use at trial to present evidence under Federal Rule of Evidence 702, 703, or 705.

   Fed. R. Civ. P. 26(a)(2)(A).

5. As Dkt. 65 is a disclosure under Rule 26(a)(2) of the Federal Rules of Civil Procedure, filing such document is in violation of Rule 5(d)(1) of the Federal Rules of Civil Procedure.

6. Plaintiffs' counsel contacted Defendant's counsel to inform him of the improper filing; Defendant's counsel failed to respond.  See **Certification of Duran L. Keller, Esq.** and **Exhibit A**.

   **PLEASE TAKE FURTHER NOTICE** that this motion is based upon this Notice of Motion and Motion, the accompanying supporting affirmation, the record, pleadings, and papers on file herein, together with all affidavits, affirmations, certifications, declarations, and exhibits and all such other evidence as may be presented at the hearing on this motion, any oral argument, and other matters that may be submitted to the Court.

   **PLEASE TAKE FURTHER NOTICE** that pursuant to Section 7-1(c)(2)(B) of the local

rules of the United States District Court for the Southern District of Indiana, Plaintiffs intend to file and serve a reply brief within seven (7) days after service of any response brief(s).

    **PLEASE TAKE FURTHER NOTICE** that, absent a Court Order stating otherwise, pursuant to Section 7-1(c)(2)(A) of the local rules of the United States District Court for the Southern District of Indiana, any response brief(s) by Defendant shall be filed and served within fourteen (14) days after service of the supporting brief.

    **PLEASE TAKE FURTHER NOTICE** that, absent a Court Order stating otherwise, pursuant to Section 7-5(a) of the local rules of the United States District Court for the Southern District of Indiana, this Motion is presented to the Court for ruling without the necessity of an oral argument; and Plaintiffs respectfully requests that the Court allow the Motion papers to serve as the sole method or argument. However, pursuant to Section 7-5(d)(2) of the local rules of the United States District Court for the Southern District of Indiana, the court may set oral argument or an evidentiary hearing without a request from a party.

                                                            Respectfully submitted,

Dated: Lafayette, Indiana                       s/ Duran Keller
       November 12, 2014                     DURAN KELLER, ESQ. (31743-79)
                                                            KELLER LAW LLP
                                                            8 North Third Street, Suite 403
                                                            Lafayette, Indiana 47901
                                                            (765) 444-9202 Telephone
                                                            (765) 807-3388 Facsimile
                                                            duran@kellerlawllp.com
                                                            *Attorney for Plaintiffs*

3

**CERTIFICATION OF SERVICE**

The undersigned certifies under penalty of perjury that a true and correct copy of the

foregoing document has been served upon all parties and their attorney of record via CM/ECF.

Dated: Lafayette, Indiana                  s/ Duran Keller
       November 12, 2014             DURAN KELLER, ESQ. (31743-79)