UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---------------------------------------------------------------X
GREGORY DEERE and GINA DEERE        :
              Plaintiffs,                :
                                              :   No. 1:14-cv-01077-WTL-MJD
             v.                     :
                                              :
AMERICAN WATER WORKS COMPANY, INC. :
d/b/a INDIANA AMERICAN WATER CO., INC.  :
              Defendant.             :
---------------------------------------------------------------X

> The order to show cause dated 11/13/2014 [Dkt. 69] is hereby discharged.
> Dated: December 11, 2014
>
> _____
> Mark J. Dinsmore
> United States Magistrate Judge
> Southern District of Indiana

The undersigned affirms under penalty of perjury that the following is true and correct:

1. I am the attorney for the Plaintiffs in this action.

2. This Certification is a response to the Court's Order to Show Cause [Dkt. 69].

3. I was admitted to practice before this Court on May 20, 2014.

4. Likewise, I was admitted to practice before the United States District Court for the Northern District of Indiana on the same day, May 20, 2014.

5. I inadvertently overlooked the Case Management Plan ("CMP") requirement to file Plaintiff's witness and exhibit list; instead, I only served the same to Defendant's counsel.

6. The subject CMP is the first that I have participated in as an attorney.

7. I did not realize that the parties' CMP was inconsistent with Rule 5(d)(1) of the Federal Rules of Civil Procedure, which was the basis of the motion filed on behalf of Plaintiffs.

8. Today I filed Plaintiff's Witness and Exhibit List.

9. I regret any inconvenience I may have caused to the Court by my oversight.

10. I respectfully request that the Court deem my oversight as harmless error given that I have promptly complied with the CMP requirement upon the Court's notice and previously timely served the same upon Defendant's counsel.

The above statements are true and correct to the best of my knowledge.

Dated: Lafayette, Indiana             s/ Duran Keller
       November 14, 2014              DURAN KELLER, ESQ. (31743-79)
                                      KELLER LAW LLP
                                      8 North Third Street, Suite 403
                                      Lafayette, Indiana 47901
                                      (765) 444-9202 Telephone
                                      (765) 807-3388 Facsimile
                                      duran@kellerlawllp.com

## **CERTIFICATION OF SERVICE**

The undersigned certifies under penalty of perjury that a true and correct copy of the foregoing document has been served upon all parties and their attorney of record via CM/ECF.

Dated: Lafayette, Indiana          s/ Duran Keller
       November 14, 2014          DURAN KELLER, ESQ. (31743-79)