UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GREGORY J. DEERE,<br>GINA R. DEERE,<br><br>    Plaintiffs,<br><br>vs.<br><br>AMERICAN WATER WORKS<br>COMPANY, INC. d/b/a INDIANA<br>AMERICAN WATER CO., INC.,<br><br>    Defendant. | Cause No. 1:14-cv-1077-WTL-MJD |

## FINAL JUDGMENT

The Court having granted the Defendant's second amended motion to dismiss for lack of jurisdiction, this case is **DISMISSED WITHOUT PREJUDICE**.

SO ORDERED: 3/26/15

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Copies to all counsel of record via electronic communication.